UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Boards of Trustees, et al., | : |
| Plaintiffs, | : |
| vs. | : Case No. 2:10-CV-140 |
| The Ford Development Corp., et al. | : Judge Marbley |
| | : Magistrate Judge Kemp |
| Defendants. | : |

### AGREED ORDER OF DISMISSAL

Upon agreement of the parties, the within cause is hereby dismissed, with prejudice, as to all claims which were made or could have been made pursuant to a Settlement Agreement executed prior to the filing of this order; and further provided, that nothing in this order prohibits Plaintiffs from auditing the payroll records of Defendant for periods after May 1, 2010 and enforcing any findings. All costs to be paid by Plaintiffs.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Agreed:

_____s/Steven L. Ball_____
Steven L. Ball (0007186)
Ball & Tanoury
1010 Old Henderson Rd. – Suite 1
Columbus, OH 43220
(614) 447-8550
Trial Attorney for Plaintiffs

_____s/Stephen A. Watring_____
Stephen A. Watring (0007761)
Dunlevey, Mahan & Furry
110 N. Main Street, Suite 1000
Dayton, Ohio 45402
937-223-6003
Trial Attorney for Defendant(s)